# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

HENRY WATKINS                                                          PLAINTIFF

v.                           No. 4:18-cv-605-DPM

DOC HOLLADAY, Pulaski County
Jail; PULASKI COUNTY SHERIFF'S
OFFICE; BRAWLEY, Grievance Officer,
Pulaski County Jail; BRIGGS, Major,
Pulaski County Jail; MUSADDIQ, Sheriff,
Pulaski County Jail; ROUTH, Lieutenant,
Pulaski County Jail; and BUCKNER,
Deputy Sheriff, Pulaski County Jail                                   DEFENDANTS

## ORDER

Unopposed recommendation, № 11, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Watkins's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 November 2018