# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

HENRY WATKINS                                                   PLAINTIFF

v.                                  No. 4:18-cv-605-DPM

DOC HOLLADAY, Pulaski County
Jail;   PULASKI COUNTY SHERIFF'S
OFFICE;   BRAWLEY, Grievance Officer,
Pulaski County Jail;   BRIGGS, Major,
Pulaski County Jail;   MUSADDIQ, Sheriff,
Pulaski County Jail;   ROUTH, Lieutenant,
Pulaski County Jail;   and BUCKNER,
Deputy Sheriff, Pulaski County Jail           DEFENDANTS

## JUDGMENT

Watkins's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

14 November 2018